# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RICHARD HUNT, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Act. No. 4:17-cv-03559 |
| NDT GLOBAL LLC, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT AND REQUEST FOR STAY

The parties wish to inform the Court that they have agreed in principle to settlement during a mediation that took place on January 7, 2019, with a full and final settlement agreement to be drafted and executed by the parties. However, the due date for dispositive motions is January 7, 2019. Dkt. No. 13. The parties have expressly agreed that the settlement in principle is without prejudice to Defendant's right to file a motion for summary judgment in the above-referenced matter. In the event that the settlement in principle does not result in a final, enforceable settlement agreement, the parties wish to preserve their rights to file dispositive motions. Accordingly, the parties request that the Court stay this matter and extend all pending deadlines by thirty (30) days to allow for drafting and finalizing settlement documentation.

Respectfully submitted this 7th day of January, 2019.

**CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY**

*s/ Peter N. Hall*
Peter N. Hall, *pro hac vice*
191 Peachtree Street, NE, 46th floor
Atlanta, GA 30303

      (404) 658-5386
      peter.hall@chamberlainlaw.com

*Counsel for Defendant NDT*

**ROSENBERG | SPROVACH**

*s/ Gregg M. Rosenberg*
Gregg M. Rosenberg
USDC SD/TX No. 7325
Texas State bar ID 17268750
3518 Travis, Suite 200
Houston, Texas 77002
(713) 960-8300
(713) 621-6670 (Facsimile)

*Counsel for Plaintiff Richard Hunt*

## CERTIFICATE OF SERVICE

This is to certify that on January 7, 2019, I electronically filed the foregoing **NOTICE OF SETTLEMENT AND REQUEST FOR STAY** through the Court's CM/ECF system which will send a notice of electronic filing to counsel of record, as follows:

> Gregg M. Rosenberg
> Tracey D. Lewis
> ROSENBERG & SPROVACH
> 3518 Travis Street, Suite 20.0
> Houston, Texas 77002
> (713)960-8300
> (713) 621-6670 (Facsimile)
> gregg@rosenberglaw.com
> tracey@rosenberglaw.com

**CHAMBERLAIN HRDLICKA**
**WHITE WILLIAMS & AUGHTRY**

By: *s/ Peter N. Hall*
Peter N. Hall, *pro hac vice*

130937\000083\3127585.v1