IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICHARD HUNT,** on Behalf of Himself and on Behalf of Others Similarly Situated**,** | § § § § | CA No.4:17-CV-03559 |
| Plaintiff, | § | JURY DEMANDED |
| v. | § § | |
| **NDT GLOBAL, LLC,** Defendant. | § § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE ALFRED H. BENNETT:**

**COME NOW,** Plaintiffs Richard Hunt and Morris Hoover ("Plaintiffs") and Defendant NDT GLOBAL, LLC ("NDT" or "Defendant"), and file this agreed stipulation of dismissal with prejudice of Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiffs and Defendant have resolved all of Plaintiffs' claims against Defendant in this matter. Plaintiffs and Defendant stipulate to the dismissal of all claims and this lawsuit against Defendant NDT with prejudice. This stipulation of dismissal with prejudice is binding, non-revocable and is intended by Plaintiffs and Defendant to be effective upon filing.

Respectfully submitted,

ROSENBERG & SPROVACH

By: ___/s/ Gregg M. Rosenberg_____
    Gregg M. Rosenberg
    Fed ID No. 7325
    Texas State Bar ID 17268750
    Tracey D. Lewis
    Fed ID No. 212007
    Texas State Bar ID 24090230
    3518 Travis Street, Suite 200
    Houston, Texas 77002
    Telephone: (713) 960-8300
    Facsimile: (713) 621-6670

**ATTORNEY IN CHARGE FOR PLAINTIFFS**


CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

By:    */s/ Peter N. Hall*_____
    Annette A. Idalski
    Texas Bar No. 00793235
    Federal I.D. No. 1130754
    Peter N. Hall, *Pro Hac Vice*
    Kyle D. Winnick, *Pro Hac Vice*
    191 Peachtree Street, N.E., 46th Floor
    Atlanta, GA 30303-1747
    Telephone: (404) 658-5386
    annette.idalski@chamberlainlaw.com
    peter.hall@chamberlainlaw.com
    kyle.winnick@chamberlainlaw.com

**ATTORNEY IN CHARGE FOR DEFENDANT NDT GLOBAL, LLC**

## **CERTIFICATE OF SERVICE**

This is to certify that a correct copy of the foregoing Agreed Stipulation of Dismissal with Prejudice has been forwarded via e-filing pursuant to Federal Rule of Civil Procedure 5 on April 5, 2019 to:

Annette A. Idalski
Peter N. Hall,
Kyle D. Winnick,
191 Peachtree Street, N.E., 46th Floor
Atlanta, GA 30303-1747

*/s/ Gregg M. Rosenberg*___
**Gregg M. Rosenberg**